[No. 1293-2.    Division Two.    May 6, 1975.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD
GARRETT, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 41727, William L. Brown, Jr., J., entered December 7, 1973. *Affirmed* by unpublished opinion per Rum-

mel, J. Pró Tem., concurred in by Petrie, A.C.J., and Pearson, J.